United States Court of Appeals
Fifth Circuit

**F I L E D**

July 19, 2007

Charles R. Fulbruge III
Clerk

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

No. 06-20058

UNITED STATES OF AMERICA

Plaintiff–Appellee

v.

MOHAMMAD HUSSAIN JAFFRIE, also known as Fakir Mohammad Hussain Jaffrie

Defendant–Appellant

Appeal from the United States District Court
for the Southern District of Texas
4:04-CR-00537

Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

This appeal presents a fact-intensive suppression issue. Having carefully reviewed the appeal in light of the briefs, oral arguments, and pertinent parts of the record, we conclude that the district court did not clearly err in denying the defendant's motion to suppress.[1]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] See United States v. Jones, 234 F.3d 234, 239 (5th Cir. 2000); United States v. Asibor, 109 F.3d 1023, 1038 (5th Cir. 1997).

AFFIRMED.